McCALEB, J., concurs in the refusal of the application.

SUMMERS, J., concurs in the refusal to grant writs.

231 So.2d 395

**STATE of Louisiana, ex rel. James C. WALTERS, et al.**

v.

**BOARD OF TRUSTEES OF the POLICE PENSION FUND FOR the CITY OF NEW ORLEANS.**

No. 50376.

Feb. 27, 1970.

In re: Board of Trustees of the Police Pension Fund for the City of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 229 So.2d 353.

Writ refused. We find no error of law in the judgment complained of.

231 So.2d 395

**Succession of Ezra VINCENT.**

No. 50369.

Feb. 27, 1970.

In re: Lou Bertha Lebine, Natural Tutrix of Rita Nell Vincent, Minor applying for certiorari, or writ of review to the

Court of Appeal, Third Circuit, Parish of Calcasieu. 229 So.2d 449.

Writ refused. The judgment of the Court of Appeal is correct.